| | |
|---|---|
| 1 | JaVonne M. Phillips, Esq. SBN 187474 |
| 2 | Merdaud Jafarnia, Esq. SBN 217262 |
| | **McCarthy & Holthus, LLP** |
| 3 | 1770 Fourth Avenue |
| | San Diego, CA 92101 |
| 4 | Phone (877) 369-6122 |
| 5 | Fax (619) 685-4811 |

Attorneys for Jpmorgan Chase Bank, N.A., Successor In Interest By Purchase From The Federal Deposit Insurance Corporation As Receiver For Washington Mutual Bank, Its Assignees And/Or Successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN RE: § Case Number: 14-43782
**Carlo Quiamco Corpus** §
**Elisa Abeleda Corpus**, § Chapter: 13
§
Debtors. §

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Jpmorgan Chase Bank, N.A., Successor In Interest By Purchase From The Federal Deposit Insurance Corporation As Receiver For Washington Mutual Bank, Its Assignees And/Or Successors in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
(877) 369-6122

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Jpmorgan Chase Bank, N.A., Successor In Interest By Purchase From The Federal Deposit Insurance Corporation As Receiver For Washington Mutual Bank, Its Assignees And/Or Successors must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 12/16/2014    McCarthy & Holthus, LLP

By: /s/Merdaud Jafarnia
Merdaud Jafarnia, Esq.,
Attorneys for Jpmorgan Chase Bank, N.A., Successor In Interest By Purchase From The Federal Deposit Insurance Corporation As Receiver For Washington Mutual Bank, Its Assignees And/Or Successors

JaVonne M. Phillips, Esq. SBN 187474
Merdaud Jafarnia, Esq. SBN 217262
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for JPMorgan Chase Bank, N.A., successor in interest by purchase from the Federal Deposit Insurance Corporation as receiver for Washington Mutual Bank, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Carlo Quiamco Corpus<br>Elisa Abeleda Corpus,<br><br>Debtors. | Case No. 14-43782<br><br>Chapter 13<br><br>**CERTIFICATE OF SERVICE OF REQUEST FOR SPECIAL NOTICE**<br><br>Judge: William J. Lafferty |

1

File No. CA-14-108997
Certificate of Service, Case No. 14-43782
Case: 14-43782  Doc# 14  Filed: 12/18/14  Entered: 12/18/14 12:00:58  Page 3 of 4

# CERTIFICATE OF SERVICE

On **12/18/2014**, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by electronic means through the Court's ECF program

**US TRUSTEE**
USTPRegion17.OA.ECF@usdoj.gov

**COUNSEL FOR DEBTORS**
Patrick L. Forte
pat@patforte.com

**TRUSTEE**
Martha G. Bronitsky
13trustee@oak13.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Rhonda Giere
Rhonda Giere

On **12/18/2014**, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTORS
Carlo Quiamco Corpus, 1421 Everett Street, El Cerrito, CA 94530

Elisa Abeleda Corpus, 1421 Everett Street, El Cerrito, CA 94530

COUNSEL FOR DEBTORS
Patrick L. Forte, Law Offices of Patrick L. Forte, 1 Kaiser Plaza #480, Oakland, CA 94612

TRUSTEE
Martha G. Bronitsky, P.O. Box 9077, Pleasanton, CA 94566

SPECIAL NOTICE
Synchrony Bank, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 12/18/2014     /s/ Hue Banh
Hue Banh

2

File No. CA-14-108997
Certificate of Service, Case No. 14-43782
Case: 14-43782   Doc# 14   Filed: 12/18/14   Entered: 12/18/14 12:00:58   Page 4 of 4